JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Email: richard.colonna@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CONGER, individually,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:24-cv-00293-RFB-MDC<br><br>**Stipulation and Order to Extend Discovery Deadlines**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request a sixty (60) day extension of discovery deadlines, which is supported by grounds and circumstances set forth below. This stipulation is filed at least 21 days before the earliest deadline to be extended (for initial expert disclosures). This is the first request for an extension of the discovery schedule.

## DISCOVERY COMPLETED

The parties have completed the following discovery:

1. Defendant made its initial disclosures on June 12, 2024.

2. Plaintiff made his initial disclosures on June 20, 2024.

3. Defendant served its first set of requests for production and first set of interrogatories on Plaintiff on July 10, 2024.

4. Defendant scheduled the deposition of Plaintiff on July 19, 2024.

## DISCOVERY REMAINING

Defendant will need to request Plaintiff's medical records from his providers and take Plaintiff's deposition. The parties will need to schedule the depositions of non-party witnesses. Defendant will need to retain its expert(s). Due to the unavailability of government funding this process is taking longer than expected.

The parties reserve the right to engage in any other discovery permitted by applicable rules and within the revised discovery deadlines if the court approves this stipulation.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

Since the entry of the Scheduling Order (ECF No. 9), the parties have been working diligently to advance discovery.

The extension will allow Plaintiff to schedule the deposition of the driver, Ryan Gallagher, who is no longer employed with the Bureau of Land Management. It will also allow time for Defendant to schedule the depositions of the Nevada Highway Patrol Officer who was at the scene, as well as Plaintiff's brother. The additional time will permit Defendant to retain experts and to provide them records to review in preparation of their expert opinions. Additionally, this extension will allow the parties to address discovery issues and schedule and complete any remaining depositions.

The parties' counsel conferred and agreed that a sixty (60) day extension would be proper. The parties agree that neither party will be prejudiced by the proposed extension, and that they may be prejudiced should the current schedule remain in place. The parties agree the extension is sought in good faith.

## EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

The following table sets forth the current deadlines and the proposed sixty (60) day extension of discovery deadlines that are the subject of this stipulated request:

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Initial Expert Disclosure | August 22, 2024 | **October 21, 2024** |

| Rebuttal Expert Disclosure | September 23, 2024 | **November 22, 2024** |
|---|---|---|
| Discovery Cutoff | October 21, 2024 | **December 20, 2024** |
| Dispositive Motions | November 20, 2024 | **January 21, 2025** |
| Proposed Joint Pretrial Order | December 20, 2024 | **February 18, 2025**[1] |

This request for an extension of time is not sought for any improper purpose including delay. This is the first request for an extension of discovery deadlines in this matter.

Respectfully submitted this 16th day of July 2024.

THE702FIRM INJURY ATTORNEYS

/s/ Joel S. Hengstler
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
8335 W. Flamingo Road
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

JASON M. FRIERSON
United States Attorney

/s/ R. Thomas Colonna
R. THOMAS COLONNA
*Assistant United States Attorney*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-17-24

---

[1] However, if dispositive motions were to be filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.