SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

SUMMER A. JOHNSON
Assistant United States Attorney
R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6552
Summer.Johnson@usdoj.gov
Richard.Colonna@usdoj.gov

*Attorneys for United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CONGER, individually,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:24-cv-00293-RFB-MDC<br><br>**Stipulation to Extend Deadline to Submit Defendant's Response to Plaintiff's Motion for Partial Summary Judgment (ECF No. 20)**<br><br>**(First Request)** |

　　　　Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, the parties, through undersigned counsel, stipulate to a two-weeks extension, from July 14, 2025, to July 28, 2025, for Defendant to file its Response to Plaintiff's Motion for Partial Summary Judgment (ECF No. 20). This is the first extension of the response deadline.

///
///
///
///
///

1  The United States' counsel seeks this extension due to another dispositive motion response deadline in another case, due during the same timeframe.

Respectfully submitted this 3rd day of July 2025.

| THE702FIRM INJURY ATTORNEYS | SIGAL CHATTAH<br>United States Attorney |
|---|---|
| */s/ Joel S. Hengstler*<br>MICHAEL C. KANE, ESQ.<br>Nevada Bar No. 10096<br>BRADLEY J. MYERS, ESQ.<br>Nevada Bar No. 8857<br>JOEL S. HENGSTLER, ESQ.<br>Nevada Bar No. 11597<br>SEAN P. COSLEY, ESQ.<br>Nevada Bar No. 16832<br>8335 W. Flamingo Road<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiff* | */s/ Summer A. Johnson*<br>SUMMER A. JOHNSON<br>R. THOMAS COLONNA<br>Assistant United States Attorneys<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorneys for United States of America* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**  July 7, 2025