MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
SEAN P. COSLEY, ESQ.
Nevada Bar No. 16832
**THE702FIRM**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
E-Mail: service@the702firm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES CONGER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.: 2:24-cv-00293-RFB-MDC<br><br>**NOTICE OF ATTORNEYS' LIEN** |

NOTICE is hereby given by the undersigned attorneys, MICHAEL C. KANE, ESQ., BRADLEY J. MYERS, ESQ., JOEL S. HENGSTLER, ESQ., and SEAN P. COSLEY, ESQ., of the THE702FIRM (hereinafter referred to as the "FIRM") and pursuant to NRS 18.015, that the FIRM has a Lien upon any claim, demand, settlement, or cause of action Plaintiff JAMES CONGER has against Defendant UNITED STATES OF AMERICA, or any other parties in this action, for Attorney and Support Staff's Fees in the amount of TWENTY-FIVE PERCENT (25%) of any settlement, verdict, judgment or decree entered and to any money which is recovered on account of the instant suit filed, or any other action, from the time of service of this notice, plus the costs and out-of-pocket costs advanced in this action in an amount to be determined. Said fees and costs are the total fees and costs contracted for and expended by the FIRM for Plaintiff JAMES

CONGER regarding his incident/accident/claim against the above-named parties in accordance with the Retainer Agreement executed by Plaintiff JAMES CONGER on or about December 18, 2020.

This lien, pursuant to NRS 18.015(3), attaches to any settlement, verdict, judgment or decree entered and to any money which is recovered on account of the suit filed, or any other action, from the time of service of this notice.

DATED this 1st day of July, 2026.

**THE702FIRM**

*/s/ Joel S. Hengstler*
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
SEAN P. COSLEY, ESQ.
Nevada Bar No. 16832
8335 West Flamingo Road
Las Vegas, NV 89147
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that on the 1st day of July, 2026, a true and correct copy of the foregoing ***Notice of Attorneys' Lien*** was emailed and mailed as addressed as follows:

James Conger
7150 Sudley Court
Las Vegas, Nevada 89131
Email: jimboconger@gmail.com
*Plaintiff*

Virginia Tomova, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
E-Mail: virginia.tomova@usdoj.gov
*Attorneys for Defendant*

*/s/ Katherine M. Albanese*
An employee of THE702FIRM